AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :-- | :-- |
| v. | ) Case: 1:22-mj-00022 |
| Ilya Lichtenstein (AKA: Ilya "Dutch" Lichtenstein, Ilya Likhtenshteyn) (DOB: XXXXXXXX), and Heather Rhiannon Morgan (AKA: Razzlekhan) (DOB: XXXXXXXX) | ) Assigned to: Judge Meriweather, Robin M. ) Assign Date: 2/7/2022 ) Description: COMPLAINT W/ ARREST WARRANT ) ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   August 2016 to February 2022   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
| :-- | :-- |
| 18 U.S.C. § 1956(h) | (Money Laundering Conspiracy) |
| 18 U.S.C. § 371 | (Conspiracy To Defraud the United States) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Christopher Janczewski, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   02/07/2022

*Judge's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*