AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00022 |
| Heather Rhiannon Morgan (AKA: Razzlekhan) | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 2/7/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Heather Rhiannon Morgan (AKA: Razzlekhan),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) (Money Laundering Conspiracy)
18 U.S.C. § 371 (Conspiracy To Defraud the United States)

Date: 02/07/2022

Issuing officer's signature
Robin M. Meriweather
2022.02.07 11:09:55 -05'00'

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 2/7/2022, and the person was arrested on (date) 2/8/2022
at (city and state) New York, NY.

Date: 2/8/2022

*Arresting officer's signature*

SA Christopher Wong
*Printed name and title*