# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 22-mj-22 |
| : | |
| **ILYA LICHTENSTEIN**, and : | |
| : | |
| **HEATHER MORGAN**, : | |
| : | |
| **Defendants.** : | |
| : | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that Assistant United States Attorney Christopher B. Brown, at telephone number 202-252-7153, is entering his appearance as co-counsel in this matter on behalf of the United States.

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES
                                    United States Attorney
                                    D.C. Bar No. 481052

By:     /s/ *Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 252-7153
        Fax: (202) 514-6010
        Christopher.Brown6@usdoj.gov