UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-mj-22 |
| : | |
| ILYA LICHTENSTEIN, and : | |
| : | |
| HEATHER MORGAN, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order

It is this _____ day of February 2022,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by Southern District of New York Magistrate Judge Freeman on February 8, 2022 is **STAYED** pending review of the detention decision by this Court.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA