UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-mj-22 |
| : | |
| ILYA LICHTENSTEIN, and : | |
| : | |
| HEATHER MORGAN, : | |
| : | |
| Defendants. : | |
| : | |

## MOTION FOR TRANSPORT ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that this Court enter an Order directing the United States Marshals Service to transport the Defendants in the above-captioned case from the Southern District of New York to the District of Columbia for further proceedings on the Complaint filed against them. In support of its motion, the government states as follows:

1. The defendants, Ilya Lichtenstein and Heather Morgan (collectively, the "Defendants") were arrested on February 8, 2022 on a criminal complaint and arrest warrant issued by Magistrate Judge Meriweather on February 7, 2022. The complaint charges the defendants with Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h), and Conspiracy To Defraud the United States, in violation of 18 U.S.C. § 371. The defendants were presented for their Initial Appearance pursuant to Fed. R. Crim. P. 5 on February 7, 2022 in the Southern District of New York. The government moved for pretrial detention pursuant to 18 U.S.C. § 3142(f)(2)(A) on the ground that the defendant posed a serious risk of flight.

2. On February 8, 2022, a detention hearing was held in the Southern District of New York before Magistrate Judge Freeman. The Magistrate Judge denied the government's motion and ordered the defendant released on bond pursuant to certain conditions.

3. The government orally moved to stay the defendant's release pending an appeal by the government. Magistrate Judge Freeman denied the request for a stay.

4. The government filed in this Court a Motion for Emergency Stay and for Review of Release Order on February 8, 2022.

5. In order to resolve the pending motion to review the release determination made by the Magistrate Judge in the Southern District of New York, and to conduct further proceedings in this matter, the Defendants, who remain temporarily detained, need to be transported to the District of Columbia by the United States Marshals Service.

Accordingly, the United States moves this Court to issue an Order directing the United States Marshals Service to transport the defendant forthwith to the District of Columbia for further proceedings.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


BY:    */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ Jessica Peck*
Jessica Peck, N.Y. Bar Number 5188248
C. Alden Pelker, Maryland Bar
Trial Attorneys, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 353-9455 (Peck)
(202) 616-5007 (Pelker)
Jessica.Peck@usdoj.gov
Catherine.Pelker@usdoj.gov