**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-mj-22** |
| | **:** | |
| **ILYA LICHTENSTEIN, and** | **:** | |
| | **:** | |
| **HEATHER MORGAN,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

**TRANSPORT ORDER**

Having considered the Government's Motion to have the defendant transported from the Southern District of New York to the District of Columbia for further proceedings on the Complaint filed against them,

It is this _____ day of February, 2022,

**ORDERED**, that the United States Marshals Service transport the Defendants forthwith from the Southern District of New York to the District of Columbia for further proceedings in this matter.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA