**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-mj-22** |
| | **:** | |
| **ILYA LICHTENSTEIN, and** | **:** | **Chief Judge Beryl A. Howell** |
| | **:** | |
| **HEATHER MORGAN,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

**ORDER**

Upon consideration of the Government's Motion for Emergency Stay and for Review of

Detention Order

It is this 8th day of February 2022,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the

release order entered by Southern District of New York Magistrate Judge Freeman on February

8, 2022 is **STAYED** pending review of the detention decision by this Court.

BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA