UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, and<br><br>HEATHER MORGAN<br><br>Defendant. | Case No. 22-mj-22<br><br>Chief Judge Beryl A. Howell |

DECLARATION OF SAMSON ENZER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Samson Enzer, hereby declare:

1. My name, office address, and telephone number are as follows:

    Samson Enzer

    32 Old Slip

    New York, NY 10005

    (212) 701-3125

2. I have been admitted to the following courts and bars: the State of New York, the Southern District of New York, and the Second Circuit U.S. Court of Appeals.

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office in the District of Columbia, nor am I a member or the D.C. bar or have a pending application for membership.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York New York, this 9th day of February, 2022.

Dated: February 9, 2022

Respectfully submitted,

*Samson Enzer*

Samson Enzer
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3125
senzer@cahill.com