# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, and<br><br>HEATHER MORGAN<br><br>　　　　　　　　Defendant. | Case No. 22-mj-22<br><br>**Chief Judge Beryl A. Howell** |

## [DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ANIRUDH BANSAL *PRO HAC VICE*

The Court has reviewed the Defendants' motion for admission of attorney Anirudh Bansal *pro hac vice*. Upon consideration of that motion, the Court grants attorney Anirudh Bansal *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge