# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, and<br><br>HEATHER MORGAN<br><br>Defendant. | Case No. 22-mj-22<br><br>**Chief Judge Beryl A. Howell** |

## [DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY NOLA B. HELLER *PRO HAC VICE*

The Court has reviewed the Defendants' motion for admission of attorney Nola B. Heller *pro hac vice*. Upon consideration of that motion, the Court grants attorney Nola B. Heller *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                              _____
                                                                           United States District Judge