NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                Criminal Number __22-mj-22__

__Lichtenstein et al.__
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

__Anirudh Bansal, pro hac vice__
(Attorney & Bar ID Number)
Cahill Gordon & Reindel LLP
_____
(Firm Name)
__32 Old Slip__
(Street Address)
__New York NY 10005__
(City)     (State)     (Zip)
__(212) 701-3207__
(Telephone Number)