NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number __22-mj-22__

**Lichtenstein et al.**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

**Samson Enzer, pro hac vice**
*(Attorney & Bar ID Number)*
Cahill Gordon & Reindel LLP
*(Firm Name)*
**32 Old Slip**
*(Street Address)*
**New York NY 10005**
*(City)   (State)   (Zip)*
**(212) 701-3125**
*(Telephone Number)*