# Exhibit 1

```
Vetted Vendors
====
Name: ███████
Telegram: @███████
Jabber: ██████@exploit.im
Product: Debit Cards of all kinds, exchange accounts, etc
Forum Thread:
https://███████████████.onion ████████████████████████████████
████████████████████████████████████████████
Rating(1-5): 5
Notes: good vendor + selection. courier to UA emspost?


Name: ███████
Telegram: ████████████
Jabber: ███████████@exploit.im
Product: QIWI/Yandex Cards
Forum Thread:
https://███████████████.onion ████████████████████████████████
██████████████████████████████
Rating(1-5): 5
Notes: good vendor+forum moderator


Vendors To Try
====

Name: ████████████
Telegram: @████████████
Jabber:
Product: BTC exchanger, can exchange for cash in UA Kiev
Forum Thread:
Rating(1-5):
Notes:


Name: ███████
Telegram: @████████████
Jabber: ████████████@xmpp.jp
Product: Bank Debit Cards(UA) on drops
Forum Thread:
https://███████████████.onion/████████████████████████████████
████████████████████████████
Rating(1-5):
Notes: can they last long?. Located in Ukraine

Name: ███████
Telegram: @████████████
Jabber: ███████@exploit.im
```

```
Product: Bank Debit Cards(UA), also Payoneer, Epayments
Forum Thread:
Rating(1-5):
Notes:


Name: ███████
Telegram: @███████
Jabber: ████████@exploit.im
Product: Debit cards for white cases
Forum Thread:
https://█████████████.onion/██████████████████████████████
████████████████████████████████████
Rating(1-5):
Notes:


Name: @███████
Telegram: @██████
Jabber:
Product: Debit Cards from RU banks
Forum Thread:
https://█████████████.onion/██████████████████████████████
████████████████████████████████████████████████████
Rating(1-5):
Notes: long time vendor


Name: ████████
Telegram: @████████████
Jabber: ██████████████████
Product: debit cards with guarantee for keeping funds (up to 300K RUB)
Forum Thread:
https://█████████████.onion ██████████████████████████████
██████████████████████
Rating(1-5):
Notes:


Name: ████████
Telegram: @████████
Jabber:
Product: payoneer accounts
Forum Thread:
https:/█████████████.onion/██████████████████████████████
████████████████
Rating(1-5):
Notes:
```

Name: ▮▮▮▮▮
Telegram: @▮▮▮▮
Jabber:
Product: Bulk Yandex Money cards(no name)
Forum Thread: https://▮▮▮▮▮▮▮.onion/▮▮▮▮▮▮▮▮
Rating(1-5):
Notes:

Name: ▮▮▮▮▮
Telegram: @▮▮▮▮▮
Jabber: ▮▮▮▮▮
Product: Yandex/QIWI cards and accounts
Forum Thread: https://▮▮▮▮▮▮.onion/▮▮▮▮▮▮▮▮/
Rating(1-5):
Notes:

Name: ▮▮▮▮▮▮▮▮
Telegram: @▮▮▮▮
Jabber:
Product:
Forum Thread: https://▮▮▮▮▮.▮▮▮▮▮▮▮
Rating(1-5):
Notes: Online store, includes exchange accounts!. Other stores: ▮▮▮▮▮

Name: ▮▮
Telegram: @▮▮▮▮
Jabber: ▮▮▮▮
Product: yandex/qiwi cards, debit cards
Forum Thread: https://▮▮▮▮▮.onion/▮▮▮▮▮
Rating(1-5):
Notes: online shop: ▮▮▮▮▮ delivery

Name: ▮▮▮▮
Telegram: @▮▮▮▮
Jabber:
Product: bank debit cards

```
Forum Thread:
https://███████████████.onion ████████████
████████████████████████
Rating(1-5):
Notes: long time vendor since ████


Name: ███████
Telegram: @B█████
Jabber: ███@████████████
Product: Bank debit cards on drops, can guarantee 12 months. Also can make cards for
our scans.
Forum Thread:
https://███████████████.onion ████████████████████████████
██████████████████████████████
Rating(1-5):
Notes: uses a variety of couriers like Dimex, DHL

Name: ████████████
Telegram: @████████
Product: Reliable debit cards
Rating: 3
Notes: Delivered from spb to Kiev fast!

Name: ████████
Telegram: @████████████
Jabber:
Product: Debit cards for drops, 3 months guarantee
Forum
Thread:https://███████████████.onion/ ████████████████████████
██████████████████████████████
Rating(1-5):
Notes:

Name: ██████████
Product: quality longterm debit cards
Jabber: ████████████@██████████
Notes: ██████████████, good for long term. has corp cards

Telegram: @████████████
Direct yandex vendor, others are resellers


EU Digital Currency Accounts
======

Name: ████████████████
Telegram:
Jabber: ██████████████@exploit.im
Product: Cards for your scans/name, EXCHANGE ACCOUNT VERIFICATION, Payoneer/Skrill
```

```
accounts
Forum Thread:
https://█████████.onion/█████████
█████████
Rating(1-5): 4
Notes:


Name: █████████
Telegram: @████
Jabber: █
Product: EU online payment accounts(█████████)
Forum Thread:
https://████████.onion █████████
█████████
Rating(1-5):
Notes:


Name: █████. Online store: █████████
Telegram: @████████
Jabber: ████████@exploit.im
Product: EU Neteller and Skrill cards, webcam verification service
Forum Thread:
https://████████.onion █████████
Rating(1-5):
Notes: Ask about delivery to Ukraine, how it works


Offshore Companies and Bank Accounts
====

Name: █████████
Telegram: @████
Jabber:
Product: Opening offshore companies and bank accounts
Forum Thread:
Rating(1-5):
Notes: Urgently selling Cyprus company

Name: █████
Telegram: ████████ @████████
Jabber:
Product: ready-made companies with corporate bank account. sell US company
Forum Thread:
https://████████.onion/█████████
█████████
```

```
Rating(1-5): 4
Notes: longtime vendor/advertiser

Passports/ Documents
=====
Name: [REDACTED]
Telegram: @[REDACTED]
Jabber: [REDACTED]@exploit.im
Product: Ukraine internal passport fakes/photo paste
Forum Thread:
https://[REDACTED].onion/[REDACTED]
Rating(1-5): 4
Notes: internal delivery in Ukraine via Novaya Pochta. Site to verify passport
status: https://nd.dmsu.gov.ua/
```