# Exhibit 2

```
EMS Courier
Tracking RU https://www.pochta.ru/emspost/
Tracking in UA http://dpsz.ua/ru/

all courier tracking
http://███████████████████████████████████████/

Tracking nos

██████
EMS
EE████████RU
from: Vladivostok
good opsec!



████████████
██████
8/29
██████


█████
EMS
EE████████RU


█████
EMS
EE████████RU
from: Ufa


███████
Dimex
██████

from: Ekaterinburg


██████
Dimex
██████
will probably come too late
from: Novokuznetsk



Places
████████████
can get 0 imei?


█████████
courier tues 9/10
█████████   total
```