# Exhibit 3



Vendor: ██████ @ ██████

## Passport
----
SNILS: ██*****
Last Name: ██
Middle Name: ██
First Name: ██
Gender: M
DOB ██.██.██
Number: ██
Iss. Date: ██.██.██
Iss. Code: ██
Iss. Place: ██

## Address
----
██

## Debit Card
----
Tinkoff Black
5██████████9
██/24

Old PIN: ██

## Tinkoff Bank
----
Login: ██
Password: ██
Old Password: ██

Security Question: ██
Security Answer: ██

Secret Word: ██

## Phone
----
MTS
+██

PUK ██

```
ICCID ████████████████████

Proxies
----
socks5://5.███.███.██:█████   Yekaterinburg RU

Test Exhange
----
https:/████████████

#███████

from Qiwi

success!
```