UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 10 2022
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA :
:
v. : Case No. 22-mj-22
:
ILYA LICHTENSTEIN, and :
:
HEATHER MORGAN, :
:
Defendants. :
:

### TRANSPORT ORDER

Having considered the Government's Motion to have the defendant transported from the Southern District of New York to the District of Columbia for further proceedings on the Complaint filed against them,

It is this __10th__ day of February, 2022,

**ORDERED**, that the United States Marshals Service transport the Defendants forthwith from the Southern District of New York to the District of Columbia for further proceedings in this matter, to wit: hearing at 2:8M on February 14, 2022.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:  /s/ *Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

/s/ *Jessica Peck*
Jessica Peck, N.Y. Bar Number 5188248
C. Alden Pelker, Maryland Bar
Trial Attorneys, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 353-9455 (Peck)
(202) 616-5007 (Pelker)
Jessica.Peck@usdoj.gov
Catherine.Pelker@usdoj.gov