**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number **22-mj-22**

**Lichtenstein et al.**
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA   ☒ RETAINED   ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

**Nola B. Heller, pro hac vice**
*(Attorney & Bar ID Number)*
Cahill Gordon & Reindel LLP
*(Firm Name)*
**32 Old Slip**
*(Street Address)*
**New York NY 10005**
*(City)  (State)  (Zip)*
**(212) 701-3008**
*(Telephone Number)*