UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-mj-22 |
| | : | |
| ILYA LICHTENSTEIN, and | : | |
| | : | |
| HEATHER MORGAN, | : | |
| | : | |
| Defendants. | : | |

# ORDER

Upon consideration of the Government's Unopposed Motion for Status Hearing and To Exclude Time Under Speedy Trial Act,

IT IS ORDERED, that a status hearing shall be scheduled on March _____, 2022, at _____ a.m./p.m.;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from February 17, 2022 until the date of the next status hearing in this case, shall be excluded from computation of time under the Speedy Trial Act in this case, in order to allow the defendants to review discovery in the case, and to allow the parties to engage in discussions of possible resolutions short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of February, 2022.

_____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE