UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-mj-22 (RMM) |
| v. : | |
| : | |
| ILYA LICHTENSTEIN : | |
| : | |
| and : | |
| : | |
| HEATHER MORGAN, : | |
| : | |
| Defendants. : | |

## DEFENDANTS' NOTICE OF FILING

On behalf of our clients, defendants Ilya Lichtenstein and Heather Morgan, we respectfully file this notice, which includes fourteen exhibits that were submitted during the February 14, 2022 bail review hearing before this Court. The exhibits (1) twelve letters from friends and family in support of bail (*see* Exhibits 1 through 12); (2) and the grand jury subpoena that Mr. Lichtenstein and Ms. Morgan received in November 2021 from the internet service provider Digital Ocean (*see* Exhibit 13); and (3) the non-disclosure order issued by the United States District Court for the District of Columbia in relation to that subpoena (*see* Exhibit 14).

Dated: February 18, 2022                                  Respectfully submitted,

/s Samson Enzer
Samson Enzer
Nola B. Heller
Anirudh Bansal
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3125

*Attorneys for Defendants Ilya Lichtenstein and Heather R. Morgan*