# EXHIBIT 3

February 12, 2022

Chief Justice Beryl A. Howell
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C., 20001

Dear Chief Justice Howell,

I am Ilya Lichtenstein's mother-in-law, Gale Morgan. I am a retired credentialed public school teacher-librarian, with much of my career spent at the high school level.

I have known Ilya Lichtenstein for at least 8 years. I have spent a lot of time with Ilya and Heather and I feel close to Ilya; he is family to my husband and me. He knows we care for him deeply. We play board games together, go to movies and museums together, and discuss them afterward.

In a separate letter, I have written why Heather's ties to the people who love and care for her are too strong for her to be a flight risk. I also mentioned that I visit and stay with them often. Each time I have visited, I have heard Ilya make long phone calls to his mom and dad, his brother, and his grandmother, all of whom are in Chicago. I've witnessed how they play an important roll in his life.

For as long as I've known Ilya, I've been deeply touched by the love he has for my daughter, and I've watched it grow stronger and deeper through the years. He is always telling her how she has made his life so much better and made him a much better person. Then they laugh and joke about the ways she's made him a better person. He's said that he wasn't expecting to fall in love with her, but realized he was in love with her when he had a dream that there were crowds of people all in gray and she stood out as bright color. In short, he adores her and wouldn't leave her. A less out-going person than Heather, Heather brings experiences and people into his life that have made him a more open and deeply caring person than when I first met him. I think she helps color the crowds of gray people for him. She is his light. And, as she often tells me, she loves him deeply, which he seems to still be amazed by.

In my letter regarding Heather, I wrote that her bonds to family and friends are too important to her to be a flight risk, as well as that she knows it would financially devastate my husband and me for the rest of our lives. Heather would never leave, and Ilya would never leave her. He is not a flight risk.

Sincerely,


Gale Morgan
Ilya Lichtenstein's mother-in-law