# EXHIBIT 12



DEFENDANT'S EXHIBIT

February 11, 2022

Chief Judge Beryl A. Howell
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Dear Chief Judge Howell,**

My name is Anthony Aylward. I have known Heather Morgan for over 17 years and can speak confidently about her character. She is not a flight risk.

The history of my friendship with Heather shows the value she places on long-term relationships. We both grew up in northern California and became friends in high school. Ever since then, we have committed time to visiting one another roughly 1-3 times per year, and we know one another well.

I can also attest to the importance of Heather's family in her life. I have had the good fortune of meeting her parents and cousins and witnessing the strong love shared between them.

You will no doubt receive other letters from her other close friends. These will demonstrate that she is part of a tightly-bound community of friends and family here in the United States. Heather's first loyalty is to this community, and her goal for the future will be to remain close to us.

In particular, during past difficult times in Heather's life, she has returned to California and our circle of friends have been her refuge. During the years of the COVID-19 pandemic, while Heather lived in New York and I in California, we both lamented that the necessity of avoiding travel kept us from reuniting in person. During this difficult time, she will not wish to leave the U.S. but will rather, once again, be as close as she can to the people she loves.

Since I know Heather and I know she is not a flight risk, I believe that her bail should be approved.

Sincerely,

*Anthony Aylward*

Anthony Aylward, Ph.D.