UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-mj-22 |
| | : | |
| ILYA LICHTENSTEIN, and | : | |
| | : | |
| HEATHER MORGAN, | : | |
| | : | |
| Defendants. | : | |

### UNOPPOSED MOTION TO EXCLUDE TIME
### UNDER SPEEDY TRIAL ACT AS TO DEFENDANT MORGAN

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to defendant Heather Morgan from February 25, 2022 until the date of Morgan's Initial Appearance before this Court, currently scheduled for February 28, 2022. In support whereof, the government states as follows:

1. The defendants were charged by criminal complaint on February 7, 2022 on charges of Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h), and Conspiracy To Defraud the United States, in violation of 18 U.S.C. § 371. The defendants were arrested on February 8, 2022 and presented for an Initial Appearance and Detention Hearing before a Magistrate Judge in the Southern District of New York on the same date. Further on February 8, 2022, the government appealed the release order issued by the Magistrate Judge in the Southern District of New York pursuant to 18 U.S.C. § 3145(a), and a stay was issued by Chief Judge Howell in this District. Further detention proceedings were held before Chief Judge Howell on February 14, 2022, upon the conclusion of which Chief Judge Howell affirmed in part and overruled in part the decision of the Magistrate Judge in the Southern District of New York.

2.      A Preliminary Hearing was initially scheduled in the Southern District of New York on February 22, 2022, and subsequently continued by the parties' agreement until March 24, 2022.

3.      On February 17, 2022, the government filed an unopposed motion for status hearing and to exclude time under the Speedy Trial Act.  *See* ECF No. 31.  In the interim, an Initial Appearance was scheduled for both defendants in this Court, to be held on February 24, 2022.  On February 23, 2022, the Court issued a Minute Order denying the government's motion as moot and stating that the subject matter of the motion could be addressed at the pending Initial Appearance.

4.      On February 24, 2022, an Initial Appearance was held before this Court for defendant Lichtenstein.  Due to an inadvertent error regarding defendant Morgan's bond status, she was not available on February 24, 2022, and the Initial Appearance in her case was rescheduled for February 28, 2022.

5.      Because defendant Morgan was not present at the February 24, 2022 hearing, the government is moving separately in her case to exclude time under the Speedy Trial Act.  Specifically, the government moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from February 25, 2022 until February 28, 2022.  This additional period is necessary to allow the parties to engage in discussions of possible resolutions short of trial.  Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

6.      Counsel for the government has conferred with defense counsel for defendant Morgan regarding this motion.  Defendant Morgan does not oppose the motion and waives her rights under the Speedy Trial Act.

WHEREFORE, the government respectfully moves to that the time from February 25, 2022 until February 28, 2022 be excluded from computation under the Speedy Trial Act.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ Jessica Peck*
        Jessica Peck, N.Y. Bar Number 5188248
        C. Alden Pelker, Maryland Bar
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 353-9455 (Peck)
        (202) 616-5007 (Pelker)
        Jessica.Peck@usdoj.gov
        Catherine.Pelker@usdoj.gov