UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-mj-22 |
| : | |
| ILYA LICHTENSTEIN, and : | |
| : | |
| HEATHER MORGAN, : | |
| : | |
| Defendants. : | |

**ORDER**

Upon consideration of the Government's Unopposed Motion To Exclude Time Under Speedy Trial Act as to Defendant Morgan,

IT IS ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from February 25, 2022 until February 28, 2022 shall be excluded from computation of time under the Speedy Trial Act as to defendant Heather Morgan, in order to allow the parties to engage in discussions of possible resolutions short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of February, 2022.

_____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE