**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-mj-22** |
| | : | |
| **ILYA LICHTENSTEIN, and** | : | |
| | : | |
| **HEATHER MORGAN,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion To Exclude Time Under Speedy Trial Act as to Defendant Morgan,

IT IS ORDERED, pursuant to 18 U.S.C. § 3161(h)(1)(D), that the time period from February 25, 2022 until February 28, 2022 shall be excluded from computation of time under the Speedy Trial Act as to defendant Heather Morgan, due to the pendency of the motion to exclude time. The Court further notes that an exclusion of the same time period also is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, given that the exclusion will allow the parties to engage in discussions of possible resolutions short of trial,. Dated this 28th day of February, 2022.

_____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE