**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number  22-mj-00022

**Heather Morgan**
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

**Marshall L. Miller, 1720872**
*(Attorney & Bar ID Number)*
Kaplan, Hecker & Fink, LLP
*(Firm Name)*
**1050 K Street, NW Suite 1040**
*(Street Address)*
**Washington, DC 20001**
*(City)   (State)   (Zip)*
**212.763.0883**
*(Telephone Number)*