# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ILYA LICHTENSTEIN, and )<br>)<br>HEATHER MORGAN )<br>)<br>*Defendants.* )<br>) | Case No. 22-mj-22<br><br>**Magistrate Judge Robin M.<br>Meriweather** |

### DECLARATION OF ELIZABETH SLATER
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Elizabeth Slater, hereby declare:

1. My name, office address, and telephone number are as follows:

    Elizabeth Slater

    350 Fifth Avenue, 63rd Floor

    New York, New York 10118

    (212) 763-0883

2. I have been admitted to the following bar: the State of New York.

3. I am currently in good standing with all bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office in the District of Columbia, nor am I a member of the D.C. bar or have a pending application for membership.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York, this 1st day of March 2022.

Dated: New York New York  
       March 1, 2022

By: *Elizabeth Slater*  
Elizabeth M. Slater  
KAPLAN HECKER & FINK LLP  
350 Fifth Avenue, 63rd Floor  
New York, New York 10118  
Tel: (212) 763-0883  
eslater@kaplanhecker.com