## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ILYA LICHTENSTEIN, and | ) Case No. 22-mj-22 |
| | ) |
| HEATHER MORGAN | ) **Magistrate Judge Robin M.** |
| | ) **Meriweather** |
| *Defendants.* | ) |
| | ) |
| | ) |

## [DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ELIZABETH SLATER *PRO HAC VICE*

The Court has reviewed the Defendant's motion for admission of attorney Elizabeth Slater *pro hac vice.* Upon consideration of that motion, the Court grants attorney Elizabeth Slater *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                              _____

                                                                                         United States District Judge