## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 22-mj-22 (2) |
| HEATHER MORGAN | ) |
| | ) |
| *Defendants*. | ) |

## ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ELIZABETH SLATER *PRO HAC VICE*

This Court, having considered the Motion to Admit Pro Hac Vice Elizabeth Slater as Counsel for Defendant (ECF No. 38) as well as good cause having been shown, it is

ORDERED that the Motion for Pro Hac Vice Admission is GRANTED; and it is

FURTHER ORDERED that Elizabeth Slater shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Elizabeth Slater is permitted to execute all pleadings in this case without the necessity of Attorney Marshall L. Miller being required to also execute all pleadings in this case.

SO ORDERED.

The Honorable Zia M. Faruqui
United States Magistrate Judge