UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-mj-22 (RMM) |
| : | |
| ILYA LICHTENSTEIN, and : | |
| : | |
| HEATHER MORGAN, : | |
| : | |
| Defendants. : | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court to continue the status hearing currently scheduled for March 25, 2022 for approximately 40 days until on or about May 4, 2022, and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from March 25, 2022 until the date of the next status hearing in this case. In support whereof, the government states as follows:

1. The defendants were charged by criminal complaint on February 7, 2022, on charges of Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h), and Conspiracy To Defraud the United States, in violation of 18 U.S.C. § 371. The defendants were arrested on February 8, 2022 and presented for an Initial Appearance and Detention Hearing before a Magistrate Judge in the Southern District of New York on the same date. Further on February 8, 2022, the government appealed the release order issued by the Magistrate Judge in the Southern District of New York pursuant to 18 U.S.C. § 3145(a), and a stay was issued by Chief Judge Howell in this District. Further detention proceedings were held before Chief Judge Howell on February 14, 2022, upon the conclusion of which Chief Judge Howell affirmed in part and overruled in part the decision of the Magistrate Judge in the Southern District of New York.

2. A Preliminary Hearing was initially scheduled in the Southern District of New York on February 22, 2022, and subsequently continued by the parties' agreement until March 24, 2022.

3. Initial appearances were held for defendant Lichtenstein on February 24, 2022, and for defendant Morgan on February 28, 2022. A further status hearing is scheduled for both defendants on March 25, 2022.

4. The parties respectfully request a continuance of approximately 40 days, until on or about May 4, 2022, to facilitate the discovery process and plea discussions between the parties.

5. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from March 25, 2022 until the date of the next status hearing in this case, to be determined by the Court. This additional period is necessary to allow the parties to engage in discovery and in discussions regarding possible resolutions of the case short of trial. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

6. Counsel for the government has conferred with defense counsel for both defendants regarding this motion. The defendants do not oppose the motion and waive their rights under the Speedy Trial Act in connection with the proposed exclusion of time of approximately 40 days.

WHEREFORE, the government respectfully moves that the status hearing in this case currently scheduled for March 25, 2022 be continued for approximately 40 days until on or about May 4, 2022, and that the time from March 25, 2022 until the date of the next status hearing in this case be excluded from computation under the Speedy Trial Act.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ Jessica Peck*
        Jessica Peck, N.Y. Bar Number 5188248
        C. Alden Pelker, Maryland Bar
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 353-9455 (Peck)
        (202) 616-5007 (Pelker)
        Jessica.Peck@usdoj.gov
        Catherine.Pelker@usdoj.gov