UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-mj-22 (RMM) |
| : | |
| ILYA LICHTENSTEIN, and : | |
| : | |
| HEATHER MORGAN, : | |
| : | |
| Defendants. : | |

## ORDER

Upon consideration of the government's Unopposed Motion To Continue Status Hearing and To Exclude Time Under Speedy Trial Act, it is

ORDERED, that the status hearing currently scheduled for March 25, 2022 at 3:00 p.m. be continued until May 3, 2022, at 3 p.m.; and it is further

ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from March 25, 2022 until May 3, 2022, be excluded from computation of time under the Speedy Trial Act in this case, in order to allow the parties to engage in discovery and in discussions regarding possible resolutions of the case short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this 22nd day of March, 2022.

Zia M. Faruqui
2022.03.22
10:27:09
-04'00'

HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE