# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:22-MJ-22-RRM |
| | ) | |
| v. | ) | |
| | ) | |
| HEATHER R. MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel on behalf defendant Heather Morgan, in the above-styled matter.

s/ Eugene Gorokhov
Eugene Gorokhov, Esq. (DC Bar No. 979785)
*Counsel for Heather R. Morgan*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com