**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| ILYA LICHTENSTEIN, and HEATHER MORGAN |
| *Defendants.* |

Case No. 22-mj-22

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Criminal Rule 44.5(d), undersigned counsel respectfully moves to withdraw as counsel of record for Defendant Heather Morgan. Ms. Morgan has notified the undersigned that she has retained new counsel for this matter to replace Kaplan Hecker & Fink LLP. New counsel filed a notice of appearance earlier today.

Under Rule 44.5(d), the Court may deny a motion to withdraw if withdrawal "would unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice." As the status conference in this case was moved to May 2, 2022, and Ms. Morgan has retained new counsel, withdrawal at this time would not be prejudicial to any of the parties or otherwise inconsistent with the interests of justice.

/s/ Marshall L. Miller

Kaplan Hecker & Fink LLP
350 Fifth Avenue, 63rd Fl.
New York, NY 10118
Tel. (212) 763-0883

Dated: April 7, 2022

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 7th day of April 2022, a true and accurate copy of the foregoing Motion for Leave to Withdraw as Counsel of Record was delivered to the Defendant by electronic mail, and personally by hand delivery to her place of residence; and electronically through the Court's ECF system to counsel of record for the United States, as follows:

Catherine Pelker
Assistant United States Attorney
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 616-5007
catherine.pelker@usdoj.gov

Jessica Peck
Assistant United States Attorney
U.S. Department of Justice
1301 New York Ave NW
Suite 655
Washington, DC 20005
(202) 531-9339
jessica.peck@usdoj.gov

Christopher B. Brown, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
christopher.brown6@usdoj.gob
(202) 252-7152

           /s/ Marshall L. Miller

           Kaplan Hecker *&* Fink LLP
           350 Fifth Avenue, 63rd Fl.
           New York, NY 10118
           Tel. (212) 763-0883