UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, and HEATHER MORGAN<br>　　　　　　*Defendants.* | Case No. 22-mj-22 |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to Withdraw as Counsel of Record submitted by counsel of record for Defendant Heather Morgan, Marshall L. Miller, it is this _____ day of _____, 2019, hereby ORDERED, that the motion is GRANTED.

_____

Magistrate Judge Robin M. Meriweather