## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| United States | ) | |
| | ) | |
| v. | ) | NO.  1:22mj22 |
| | ) | |
| Heather Morgan | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE OF COUNSEL

The Court will please note the appearance of undersigned counsel on behalf of defendant Heather Morgan.


Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham
DC bar 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

### CERTIFICATE OF SERVICE

I have served this filing on the government through the ecf system.


Respectfully Submitted,


By: /s/ *Charles Burnham*
Charles Burnham DC bar 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com