UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-mj-22 (RMM) |
| | : | |
| **ILYA LICHTENSTEIN,** and | : | |
| | : | |
| **HEATHER MORGAN,** | : | |
| | : | |
| **Defendants.** | : | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court to continue the status hearing currently scheduled for June 3, 2022 for approximately 60 days until on or about August 2, 2022, and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from June 3, 2022 until the date of the next status hearing in this case.  In support whereof, the government states as follows:

1. The defendants were charged by criminal complaint on February 7, 2022, on charges of Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h), and Conspiracy To Defraud the United States, in violation of 18 U.S.C. § 371.

2. A status hearing is currently scheduled before this Court on June 3, 2022.  The government has produced discovery totaling more than 1.1 GB to date, including voluminous financial records.

3. The parties respectfully request a continuance of approximately 60 days, until on or about August 2, 2022, to facilitate the discovery process and discussions regarding possible resolutions of the case short of trial.

4.     The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from June 3, 2022 until the date of the next status hearing in this case, to be determined by the Court.  This additional period is necessary to allow the parties to engage in discovery and in discussions regarding possible resolutions of the case short of trial.  Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

5.     Counsel for the government has conferred with defense counsel for both defendants regarding this motion.  The defendants do not oppose the motion and waive their rights under the Speedy Trial Act in connection with the proposed exclusion of time of approximately 60 days.

WHEREFORE, the government respectfully moves that the status hearing in this case currently scheduled for June 3, 2022 be continued for approximately 60 days until on or about August 2, 2022, and that the time from June 3, 2022 until the date of the next status hearing in this case be excluded from computation under the Speedy Trial Act.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:   */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ Jessica Peck*
        Jessica Peck, N.Y. Bar Number 5188248
        C. Alden Pelker, Maryland Bar
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 353-9455 (Peck)
        (202) 616-5007 (Pelker)
        Jessica.Peck@usdoj.gov
        Catherine.Pelker@usdoj.gov