UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:22-MJ-22-RRM |
| | ) | |
| v. | ) | |
| | ) | |
| HEATHER R. MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO CLARIFY CONDITIONS OF PRETRIAL RELEASE**

Heather Morgan, through counsel, respectfully requests this Court clarify the conditions of Pretrial Release, to make clear that Ms. Morgan may engage in legitimate employment and receive income of greater than $10,000 per month. In support of this motion, she asserts the following:

1. Ms. Morgan is currently on pretrial release pending resolution of the above captioned matter.

2. Ms. Morgan is under the courtesy supervision of the U.S. Pretrial Office for the Southern District of New York.

3. Per her pretrial release conditions, Ms. Morgan may not "dissipate or move any assets greater than $10,000 per month" without Pretrial Services' approval. ECF 24, at 3.

4. Ms. Morgan is seeking legitimate employment that she can perform within the confines of her other conditions of pretrial release.

5. Ms. Morgan anticipates that she will receive income greater than $10,000 a month from such employment.

1

6.	The government has confirmed that it does not view the conditions of release as precluding such income, and consents to the filing of this motion to eliminate any ambiguity and clarify that Ms. Morgan is permitted to receive employment income in excess of $10,000.

7.	D.C. Pretrial Services, represented by Christine Schuck, does not object to this Ms. Morgan's employment and income and has asked defense counsel to file this motion to ensure that the Court approves.

WHEREFORE, Ms. Morgan respectfully requests that this Court clarify that the Conditions of Pretrial Release permit Ms. Morgan to receive employment income in excess of $10,000.

Respectfully submitted,

s/ Eugene Gorokhov
Eugene Gorokhov
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com