# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 1:22-MJ-22-RRM |
| v. | ) | |
| HEATHER R. MORGAN, | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Defendant, Heather Morgan, moved to clarify the Conditions of Pretrial Release. The government has consented to the clarification.

For the reasons stated therein, the Court **GRANTS** the motion. The Conditions of Pretrial Release permit Ms. Morgan to receive employment income in excess of $10,000 per month.

**SO ORDERED** this _____ day of _____, 2022

_____
Hon. Robin M. Meriweather
United States Magistrate Judge