UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HEATHER R. MORGAN,<br><br>Defendant. | Criminal Action No. 22-MJ-22-2<br><br>Chief Judge Beryl A. Howell |

### ORDER

Upon consideration of Defendant Heather Morgan's Motion to Clarify Conditions of Pretrial Release, ECF No. 60, to which the government does not object, it is hereby

**ORDERED** that defendant's motion is GRANTED. The Conditions of Pretrial Release permit Ms. Morgan to access cryptocurrency accounts for the limited purposes of gauging tax liability so long as she does not engage in any transactions. For all matters not specifically prohibited by the Conditions of Pretrial Release, but sufficiently close to said conditions that Pretrial Services' opinion is sought, Pretrial Services is vested with the discretion of approve or disapprove requested courses of action. This Court will entertain motions on matters where Pretrial Services disapproves.

**SO ORDERED.**

Date: September 13, 2022

_____
BERYL A. HOWELL
Chief Judge