# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 22-mj-22 (RMM) |
| ILYA LICHTENSTEIN, and : | |
| HEATHER MORGAN, : | |
| Defendants. : | |

## NOTICE OF WAIVER OF PRELIMINARY HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully files this Notice to inform the Court that the defendants have waived their Preliminary Hearing by executing Preliminary Hearing waivers in the arresting jurisdiction, the U.S. District Court for the Southern District of New York. Attached hereto are copies of the waivers filed in that court.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ Jessica Peck*
        Jessica Peck, N.Y. Bar Number 5188248
        C. Alden Pelker, Maryland Bar
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 353-9455 (Peck)
        (202) 616-5007 (Pelker)
        Jessica.Peck@usdoj.gov
        Catherine.Pelker@usdoj.gov