O 468 (Re   04   5) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT

### for the

### Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ilya Lichtenstein, and | ) | Case No   22 Mag. 1280X 1279 |
| Heather Morgan | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charg d with an offense in a criminal complaint filed in this court, or charged with iolating th  terms of probation or supervis d release in a petition filed in this court.  A magistrate judge has informed m  of my right to a preliminary hearing under Fed. R. Crim. P  5.1, or to a preliminary hearing under Fed. R. Crim. P. 32 1.

I agree to waive my right to a preliminary hearing under F  d. R. Crim. P. 5.   or Fed. R. Crim. P. 32.1.

Date:    05/01/2022

Ilya Lichtenstein / by Samson Enzer
*Defendant's signature*

*Signature of defendant's attorney*

Samson Enzer (N.Y. Bar No. 4625828)
*Printed name and bar number of defendant's attorney*

Cahill Gordon & Reindel LLP
32 Old Slip
New York, New York 10005

*Address of defendant's attorney*

senzer@cahill.com
*E-mail address of defendant's attorney*

212-701-3125
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*