AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ilya Lichtenstein, and | ) | Case No. 22 Mag. 1280 |
| Heather Morgan | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

   I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

   I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:   04/28/2022

*Defendant's signature*

*Signature of defendant's attorney*

Eugene Gorokhov, DC Bar 979782

*Printed name and bar number of defendant's attorney*

1424 K Street NW, Suite 500

*Address of defendant's attorney*

eugene@burnhamgorokhov.com

*E-mail address of defendant's attorney*

202-386-6920 ext 101

*Telephone number of defendant's attorney*

202-765-2173

*FAX number of defendant's attorney*

**Print**     **Save As...**     **Reset**