UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 22-mj-22 (RMM) |
| | : | |
| **ILYA LICHTENSTEIN** and | : | |
| | : | |
| **HEATHER MORGAN,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARNCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney Jolie F. Zimmerman is entering her appearance in this case.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. BAR 481052

By:    */s/ Jolie, F. Zimmerman*
    Jolie F. Zimmerman
    Assistant United States Attorney
    D.C. Bar No. 465110
    National Security Section
    601 D Street, N.W., Room 5.132
    Washington, D.C. 20530
    Office: 202-252-7220
    Jolie.Zimmerman@usdoj.gov