UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.            : | Case No. 22-mj-22 (RMM) |
| : | |
| ILYA LICHTENSTEIN, and : | |
| : | |
| HEATHER MORGAN, : | |
| : | |
| Defendants.   : | |

**MOTION FOR A
<u>CIPA PROTECTIVE ORDER GOVERNING DISCOVERY</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court pursuant to § 3 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3 § 3, for the entry of a protective order to govern the handling, use, and storage of classified national security documents and information produced in discovery in this matter. A proposed Memorandum of Understanding is attached as an exhibit to the Order. Counsel for the defendants consent to the proposed order.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:   */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Jolie Zimmerman, D.C. Bar No. 465110
        Assistant United States Attorneys
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ Jessica Peck*
        Jessica Peck, N.Y. Bar Number 5188248
        C. Alden Pelker, Maryland Bar
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, DC 20005