UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 22-mj-22 (RMM/BAH) |
| v. : | |
| : | |
| ILYA LICHTENSTEIN : | |
| and : | |
| HEATHER MORGAN, : | |
| : | |
| Defendants. : | |

### NOTICE OF SEALED FILING

The United States of America, by and through undersigned counsel, hereby gives notice that is has filed today with the Court, through the Classified Information Security Officer, Government's First Classified, *In Camera*, Ex Parte Memorandum of Law and Motion for an Order Pursuant to § 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure. This document is not available for public viewing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Jolie F. Zimmerman*
JOLIE F. ZIMMERMAN
D.C. Bar 465110
CHRISTOPHER B. BROWN
D.C. Bar No. 1008763
Assistant United States Attorneys
United States Attorney's Office
District of Columbia
601 D Street, N.W., 5th Floor
Washington, D.C. 20530
Telephone: (202) 252-7252

C. ALDEN PELKER
JESSICA PECK
N.Y. Bar No. 5188248
Trial Attorneys
United States Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005