UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 1:22-MJ-22-RRM |
| | ) | |
| v. | ) | |
| | ) | |
| **HEATHER R. MORGAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Defendant, Heather Morgan, moved to modify the Conditions of Pretrial Release. The government has consented.

For the reasons stated therein, the Court **GRANTS** the motion. Ms. Morgan may now have two specific devices, to include a smartphone, with internet connectivity and with computer monitoring software installed by Pretrial Services.

**SO ORDERED** this _____ day of _____, 2022

_____
Hon. Robin M. Meriweather
United States Magistrate Judge