# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 1:22-MJ-22-RRM |
| ) | |
| v. ) | |
| ) | |
| HEATHER R. MORGAN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Defendant, Heather Morgan, has moved to modify the Conditions of Pretrial Release to modify the hours of home confinement to permit Ms. Morgan to work from her employer's office Monday, Wednesday, and Friday from 10 AM until 8:30 PM. The government has consented.

For the reasons set forth in the consent motion, the Court **GRANTS** the motion. Ms. Morgan is permitted to leave home confinement on Monday, Wednesday, and Friday from 10 AM to 8:30 PM to work at her employer's office, at the location provided to Pretrial Services. All other conditions of pretrial release shall remain in effect.

**SO ORDERED** this _____ day of _____, 2023

_____
Hon. Robin M. Meriweather
United States Magistrate Judge