# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 1:22-MJ-22-RRM |
| ) | |
| v. ) | |
| ) | |
| HEATHER R. MORGAN, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS ASSOCIATE COUNSEL

Michael T. Collins, counsel for Heather Morgan, respectfully asks this Court for leave to withdraw from representation in this case in accordance with Local Criminal Rule 44.5(d). In support of this motion, he asserts the following:

1. Burnham & Gorokhov, PLLC is engaged to represent Ms. Morgan in the above captioned matter.

2. Mr. Collins seeks to withdraw from this matter, with the consent of Ms. Morgan.

3. Charles Burnham and Eugene Gorokhov are the lead attorneys representing Ms. Morgan in this matter and will continue to represent Ms. Morgan.

4. Mr. Collins's withdrawal will not "unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice." LCrR 44.5(d).

5. A copy of this motion has been delivered to Ms. Morgan via email.

6. Ms. Morgan has waived personal service of this motion. LCrR 44.5(d).

7. The government, represented by Jessica Peck, does not object to this motion.

For the foregoing reasons, Mr. Collins respectfully asks this Court for leave to withdrawal as counsel for Ms. Morgan.

                        Respectfully submitted,

                        s/ Michael T. Collins
                        Michael T. Collins, Esq. (DC Bar No. 7606381)
                        BURNHAM & GOROKHOV, PLLC
                        1424 K Street NW, Suite 500
                        Washington, D.C. 20005
                        Tel: (202) 386-6920
                        Fax: (202) 765-2173
                        michael@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

    I certify that a copy of the motion was delivered to Ms. Morgan via email. I further certify that a copy of this motion was delivered to all parties via ECF.

                                      s/ Michael T. Collins
                                      Michael T. Collins, Esq. (DC Bar No. 7606381)
                                      BURNHAM & GOROKHOV, PLLC
                                      1424 K Street NW, Suite 500
                                      Washington, D.C. 20005
                                      Tel: (202) 386-6920
                                      Fax: (202) 765-2173
                                      michael@burnhamgorokhov.com